# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF
**MONICA J. BENTON**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
1010 FIFTH AVE.
SEATTLE, WA 98104
(206) 553-1396

September 25, 2003

TO:      Robert Pauw, Counsel for Petitioner
             Beth Werlin, Counsel for Petitioner
             Christopher Lee Pickrell, Counsel for Respondents
             Craig Nelson, FILE, Amicus Curiae

FROM:    MONICA J. BENTON
             United States Magistrate Judge

RE:       <u>GOKCE v. ASHCROFT, *et al.*</u>
             Case No. C02-2568RBL

      Enclosed are copies of my Report and Recommendation and proposed order and proposed judgment in the above-captioned case. The originals are being filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

      Objections to the recommendation should be filed and served within fifteen calendar days of the date of this letter, with copies to the Clerk for forwarding to the District Judge and to my office. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this report and recommendation. You should note your objections for consideration on the Judge's motion calendar for the second Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on October 17, 2003.

      Thank you for your cooperation.

Attachments
MJB/ses

cc:     Honorable District Court Judge Ronald B. Leighton