# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRFAN GOKCE,

       Petitioner,

       v.

JOHN D. ASHCROFT, *et al.*,

       Respondents.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C02-2568RBL (MJB)

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is approved and adopted. Petitioner's for Writ of Habeas Corpus petition is GRANTED.  Respondents' Motion to Dismiss is DENIED.  The CJA Clerk shall appoint counsel to represent petitioner in his Immigration Court proceeding pursuant to 18 U.S.C. § 3006A(a)(1)(F).

    Dated this _____ day of _____, 2003.

                              _____BRUCE RIFKIN_____
                                             Clerk

                              _____
                              Deputy Clerk