UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRFAN GOKCE,<br><br>        Petitioner,<br><br>        v.<br><br>JOHN D. ASHCROFT, *et al.*,<br><br>        Respondents. | CASE NO. C02-2568RBL<br><br>ORDER GRANTING HABEAS PETITION |

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The Petition for Writ of Habeas Corpus (Dkt. #4) is GRANTED;

(3) Respondents' Motion to Dismiss (Dkt. #10) is DENIED;

(4) The CJA Clerk shall appoint counsel to represent petitioner in his Immigration Court proceedings pursuant to 18 U.S.C. § 3006A(a)(1)(F); and

ORDER
PAGE – 1

1     (5)    The Clerk shall send a copy of this Order to all counsel of record, and to the

2             Honorable Monica J. Benton.

3

4     DATED this _____ day of _____, 2003.

5

6                                                        RONALD B. LEIGHTON
                                                       United States District Judge

ORDER
PAGE – 2