# United States District Court

WESTERN DISTRICT OF WASHINGTON

IRFAN GOCKE

        v.

JOHN D. ASHCROFT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-2568RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

For the reasons cited in this Court's Order of November 17, 2003, and because pro bono counsel has been obtained for petitioner, the Report and Recommendation is not adopted; and

The petition is **DISMISSED WITH PREJUDICE.**

 January 13, 2004                                           BRUCE RIFKIN
Date                                                            Clerk

                                                                                       s/Caroline M. Gonzalez
                                                                                       Deputy Clerk